Not for Publication in West's Federal Reporter

# United States Court of Appeals
## For the First Circuit

Nos. 22-1334, 22-1335

ROBERT M. EATON,

Plaintiff, Appellant,

v.

TOWN OF TOWNSEND; JAMES M. KREIDLER; GORDON CLARK; CINDY KING; CAROLYN SMART,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on May 9, 2023, is amended as follows:

On the cover sheet and on page 3, line 7, replace "Gordan" with "Gordon."

On page 9, line 4, a quotation mark should appear before the second "CORI."

On page 36, line 23, replace "he issued the BOS a memorandum" with "he issued a memorandum to the BOS."